*E-filed:*      *9/30/2008*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLAN K. SIMPSON, | No. C 03-2548 RMW (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

The court has denied the petition for a writ of habeas corpus. Judgment is hereby entered in favor of respondent. The clerk shall close the file.

IT IS SO ORDERED.

DATED:     9/30/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.03\Simpson548jud.wpd          1